**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| TARLEY KARLAR,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, et al,<br><br>　　　　　　Respondents. | Civil No. 19-1702 (JRT/KMM)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

　　　　Tarley Karlar, address unknown, *pro se* petitioner.

　　　　Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

　　　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated August 23, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Petition [ECF No. 1] is **DENIED AS MOOT** and this action be **DISMISSED**.

　　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2019　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court